IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEREMIAH VINCENT ISAAC,
D.O.C. #Y49695,

    Plaintiff,

v.                                                                                          4:20cv465–WS/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, and LIBERTY
CORRECTIONAL INSTITUTION,

    Defendants.

---

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed November 10, 2020. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and failure to prosecute the case.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this 14th day of December , 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE